NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHARLOTTE TAYLOR-TILLOTSON, AND ON BEHALF OF LAWRENCE JOSEPH TILLOTSON (DECEASED),**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Appellee.*

---

2014-5101

---

Appeal from the United States Court of Federal Claims in No. 1:13-cv-00016-CFL, Judge Charles F. Lettow.

---

**ON MOTION**

---

**O R D E R**

Charlotte Taylor-Tillotson moves for leave to proceed in forma pauperis and for an extension of time of 60 days to file her principal brief.

The court notes that the United States Court of Federal Claims permitted Taylor-Tillotson to proceed in

2                                              TAYLOR-TILLOTSON v. US

forma pauperis.   Pursuant to Federal Rule of Appellate Procedure 24(a)(3), Taylor-Tillotson may proceed in forma pauperis on appeal without further authorization.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion for leave to proceed in forma pauperis is denied as moot.   No fee payment is required for this appeal.

(2)  The motion for an extension of time is granted. Ms. Taylor-Tillotson's principal brief is due no later than September 2, 2014.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24